UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41054
_____

JOHN A. MOORE; RONDA MOORE,

Plaintiffs-Appellants,

versus

ASSOCIATION FOR THE STUDY OF INTERNAL FIXATION; ET AL,

Defendants,

SYNTHES NORTH AMERICA INC.; SYNTHES USA,
A PARTNERSHIP; SYNTHES, INC.;

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(4:94-CV-240)
_____

July 13, 2000

Before JOLLY, SMITH, and BARKSDALE, Circuit Judges:

PER CURIAM:[*]

   **AFFIRMED.**  See 5TH CIR. R. 47.6.

---

   *    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.